# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| ELLIOTT PAYNE RILEY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION H-05-1997 |
| | § | |
| ATTORNEY GENERAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 15 day of June, 2005.

_____

DAVID HITTNER

United States District Judge